

# Forestwood Homeowner's Association, Inc
### 3303 Sunlight Hill Lane
### Spring, Texas 77386
### (832) 813-8901

May 19, 2015



Honorable David R. Jones, Judge
United State Bankruptcy Court – Southern District
P O Box 61010
Houston, Texas 77208-1010

Honorable Judge,

    Forestwood Homeowner's Association, Inc. has received notice of unclaimed money due to Forestwood Homeowner's Association, Inc. in regards to Bankruptcy case number 11-38626-H2-13 in the name of Rudy Gamez.

    It has come to our knowledge that the address to our association is incorrect in your files as well as the payee name. Attached you will find a copy of the bill previously mailed to Mr. Rudy Gamez for the outstanding balance.

    Please submit the payment of $3,200.00 due to Forestwood Homeowner's Association to the following corrected payee should read:

> Forestwood C.A., Inc. c/o S&S Management.
> 3303 Sunlight Hill Lane
> Spring, Texas 77386

    Should you have further question you may reach me directly at (281) 687-8404 or via email at milygnz@hotmail.com  Thank you for your time and prompt attention to this matter.

Attentively,

Hermila "Millie" González
Board Member – Finance Committee

Enclosures:

Affidavit
Invoice



STATE OF TEXAS
COUNTY OF HARRIS

## Affidavit

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING STATEMENT ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_____   May 19, 2015
Hermila "Millie" Gonzalez            Date

I, the undersigned Notary Public, do hereby affirm that Hermila "Millie" Gonzalez personally appeared before me on the 19th day of May 2015, and signed the above Affidavit as her free and voluntary act and deed.

_____   05-19-2015
Notary Public                       Date

JESUS ALBERTO SARACAY
My Commission Expires
December 26, 2016

My commission expires December 26, 2016

(seal)

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

ENTERED
04/21/2015

IN RE:

Rudy Antonio Gamez

(Debtor),

3200

BANKRUPTCY CASE NUMBER
11-38626-H2-13

## ORDER TO PAY UNCLAIMED FUNDS
(Docket No. 64)

It appearing that the check made payable to Forestwood HOA, in the amount of $3,200.00, was not charged against the bank account of the debtor, within the 90 day limit and such funds have been deposited with the Clerk. ~~and an unclaimed money report was entered on 12/17/2014 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court,~~ and

It further appearing that Forestwood Homeowners Association, Inc. ~~c/o Dilks & Knopik, LLC~~ is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $3,200.00 to ~~Dilks & Knopik, LLC and~~ Forestwood Homeowners Association, Inc. at the following address:

~~35308 SE Center St.~~
~~Snoqualmie, WA 98065~~

Forestwood Homeowner's Association, Inc.
Attn: David Garrett
12700 Hillcrest Road, Suite 234
Dallas, Texas 75230

Signed: April 21, 2015.

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98

022054     6120402207601 9

# MAINTENANCE ASSESSMENT STATEMENT

**LEGAL DESCRIPTION**

Forestwood C.A., Inc.

Lot # 9  Block # 2
Section # 1

**FROM:**
Forestwood C.A., Inc.
c/o S&S Management
3303 Sunlight Hill Lane
Spring, TX 77386

**OWNER:**
Gamez Rudy
1902 Wilshire Park Drive
Houston, Texas 77038

**CURRENT BILLING DUE BY:** JAN 01, 1914

**AMOUNT ENCLOSED:** $

**DELINQUENT AFTER:** JAN 31, 1914

DETACH AND RETURN WITH YOUR REMITTANCE

MAINTENANCE RATE ▶ 205.00

| BILLING DATE | YEAR | MAINTENANCE AMOUNT | PENALTY AMOUNT | TOTAL |
|---|---|---|---|---|
| 07/07/14 | 2014 | 205.00 | 10.26 | 215.26 |
| | 2013 | 205.00 | 30.78 | 235.78 |
| | 2012 | 205.00 | 51.30 | 256.30 |
| | 2011 | 205.00 | 71.82 | 276.82 |
| | 2010 | 200.00 | 90.18 | 290.18 |
| | 2009 | 195.00 | 107.58 | 302.58 |
| | 2008 | 195.00 | 127.14 | 322.14 |
| | 2007 | 190.00 | 142.20 | 332.20 |

**TOTAL DUE**

MAINTENANCE FEES ARE PAST DUE
Make checks payable to:
FORESTWOOD C.A. Inc
Forestwood  281-591-1100
S&S Management 832-813-8901

THE DEED RESTRICTIONS WHICH LAWFULLY REGULATE CERTAIN MATTERS CONCERNING YOUR PROPERTY ESTABLISHES AN ANNUAL MAINTENANCE FEE. IF YOUR MORTGAGE CO. ESCROWS FOR THIS FEE, PLEASE FORWARD THIS STATEMENT TO THEM. IF FEES ARE DUE FOR YEARS PRIOR TO YOUR PURCHASE, CONTACT THE TITLE CO. THAT ISSUED YOU A CLEAR TITLE. IF YOU HAVE SOLD THIS PROPERTY, PLEASE LIST NEW OWNER'S NAME AND RETURN TO OUR OFFICE.

# MAINTENANCE ASSESSMENT STATEMENT

FROM:

LEGAL DESCRIPTION:

OWNER:

CURRENT BILLING DUE BY:

DELINQUENT AFTER:

AMOUNT ENCLOSED: $

DETACH AND RETURN WITH YOUR REMITTANCE

MAINTENANCE RATE ▶

| BILLING DATE | YEAR | MAINTENANCE AMOUNT | PENALTY AMOUNT | TOTAL |
|---|---|---|---|---|
| | 2006 | 185.00 | 157.08 | 342.08 |
| | 2005 | 180.00 | 171.00 | 351.00 |
| | 2004 | 175.00 | 183.96 | 358.96 |
| | 2003 | 170.00 | 195.96 | 365.96 |
| | 2002 | 165.00 | 207.00 | 372.00 |
| | 2001 | 160.00 | 215.46 | 375.46 |

TOTAL DUE: $4,396.72

MAINTENANCE FEES ARE PAST DUE
Make checks payable to:
FORESTWOOD C.A. Inc
Forestwood   281-591-1100
S&S Management 832-813-8901

THE DEED RESTRICTIONS WHICH LAWFULLY REGULATE CERTAIN MATTERS CONCERNING YOUR PROPERTY ESTABLISHES AN ANNUAL MAINTENANCE FEE. IF YOUR MORTGAGE CO. ESCROWS FOR THIS FEE, PLEASE FORWARD THIS STATEMENT TO THEM. IF FEES ARE DUE FOR YEARS PRIOR TO YOUR PURCHASE, CONTACT THE TITLE CO. THAT ISSUED YOU A CLEAR TITLE. IF YOU HAVE SOLD THIS PROPERTY, PLEASE LIST NEW OWNER'S NAME AND RETURN TO OUR OFFICE.